527 F.2d 1388
 92 L.R.R.M. (BNA) 2576, 79 Lab.Cas. P 11,677
 NATIONAL EDUCATION ASSOCIATION, Plainiff-Appellee,
v.
DADE COUNTY CLASSROOM TEACHERS' ASSOCIATION, INC.,
Defendant-Appellant.
 No. 74--3850.
 United States Court of Appeals,
Fifth Circuit.
 March 3, 1976.
 
 Elizabeth Du Fresne, Tobias Simon, Miami, Fla., for defendant-appellant.
 Henry H. Harnage, Richard L. Horn, Miami, Fla., Stephen J. Pollak, Richard M. Sharp, Washington, D.C., for plaintiff-appellee.
 Before GEWIN and AINSWORTH, Circuit Judges, and MARKEY*, Chief judge.
 PER CURIAM:
 
 
 1
 The judgment in this case is affirmed on the basis of the opinion of the District Court, 407 F.Supp. 739.
 
 
 2
 Affirmed.
 
 
 
 *
 Of the U.S. Court of Customs and Patent Appeals, sitting by designation